Generated: Aug 7, 2026 3:08PM



# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Aug 7, 2026 3:08PM

Joseph Hickey III

Rcpt. No: 100017744        Trans. Date: Aug 7, 2026 3:08PM        Cashier ID: #JB (3392)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #687497 | 08/7/2026 | | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

**Comments:** Civil Case# 1:26cv2459

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.