FILED MAILROOM
AUG 14 2026
CLERK U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26cv2459-LMB-WEF

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Government Employees Insurance Co.
was received by me on *(date)* 8/10/26.

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lauren Everett , who is
designated by law to accept service of process on behalf of *(name of organization)* Geico
on *(date)* 8/11/26 @ 2:25 pm ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify):*

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 8/12/26

[signature]
*Server's signature*

James Anderson, Process Server
*Printed name and title*

CHESTERFIELD PROCESS SERVICE
7305 HANCOCK VILLAGE DR., #102
CHESTERFIELD, VIRGINIA 23832
804-938-4761
*Server's address*

Additional information regarding attempted service, etc:

**Affidavit of PROCESS SERVER**

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Case Number **1:26-CV-2459-LMB-WEF**

**JOSEPH L. HICKEY, III**

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO**

I, **JAMES ANDERSON**

BEING DULY SWORN,DEPOSE AND SAY,I HAVE BEEN DULY AUTHORIZED TO MAKE SERVICE OF THE DOCUMENT (S) LISTED HEREIN,IN THE ABOVE MENTIONED CASE. I AM OVER THE AGE OF 18,AND NOT A PARTY TO OR OTHERWISE INTERESTED IN THIS MATTER.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL; EXHIBIT A** |
| ON THE WITHIN NAMED DEFENDANT | **GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO C/O R/A CT CORPORATION SYSTEM** |
| PERSON SERVED | **LAUREN EVERETT, EMPLOYEE AUTHORIZED TO ACCEPT** |

BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY **8/11/2026**

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 30'S |
| **Height** | 5'10 | **Build** | 131-160 LBS | **Hair** | BROWN |

LOCATION OF SERVICE **4701 COX RD, SUITE 285**
**GLEN ALLEN, VIRGINIA 23060**

| | |
|---|---|
| Service GPS | **-77.57156 37.66656** |
| Date Of Service | **8/11/2026** |
| Time | **2:25 PM** |

[signature]
**JAMES ANDERSON** **8/11/2026**
**PROCESS SERVER**

PRINT Samantha Frey SIGN Samantha Frey NOTARY
COUNTY OF Chesterfield , STATE OF VA MY COMMISSION EXPIRES 1/31/2029
SUBSCRIBED AND SWORN BEFORE ME ON THIS 11 DAY OF August , 2026

SAMANTHA FREY
NOTARY PUBLIC
REG. # 00348142
COMMONWEALTH OF VIRGINIA
MY COMM. EXPIRES JAN. 31, 2029

*82041A*

Law Firm ID: **JOSEPH L HICKEY, III** Firm # Case Return Date: **08/20/2026**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Joseph L. Hickey III

Plaintiff(s)

v.

Government Employees Insurance Company d/b/a GEICO

Defendant(s)

Civil Action No. 1:26-cv-2459-LMB-WEF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Government Employees Insurance Company d/b/a GEICO
c/o C T Corporation System, Registered Agent
4701 Cox Road, Suite 285
Glen Allen, VA 23060-0000

SCHG Serve

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph L. Hickey III, Plaintiff pro se
7823 Richfield Road
Springfield, VA 22153

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/7/2026

Whitney Garrett

*Signature of Clerk or Deputy Clerk*