Joseph L. Hickey III
7823 Richfield Road
Springfield, Virginia 22153
Telephone: (571) 800-7982
Email: hopelikefire1@gmail.com

August 12, 2026

Clerk of Court
United States District Court
Eastern District of Virginia, Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

**Re: *Joseph L. Hickey III v. Government Employees Insurance Company d/b/a GEICO***
**Civil Action No. 1:26-cv-02459-LMB-WEF**
**Transmittal of Proof of Service**

Dear Clerk:

Please file the enclosed proof of service in the above-captioned action. The executed AO 440 reflects that Government Employees Insurance Company d/b/a GEICO was served through its registered agent, CT Corporation System, by delivery to Lauren Everett, an employee authorized to accept service, on August 11, 2026, at 2:25 p.m.

The enclosed documents are:

1. Executed AO 440 Summons and Proof of Service (two pages); and

2. Affidavit of Process Server James Anderson concerning the same service (one page).

No substantive relief is requested by this transmittal. Please docket the enclosed documents as Plaintiff's proof or return of service. Thank you for your assistance.

I certify that no attorney has prepared, or assisted in the preparation of, this document.

Respectfully submitted,

JLH3

Joseph L. Hickey III, Plaintiff pro se

Enclosures: Executed AO 440; Affidavit of Process Server