RETURN ADDRESS
Joseph L. Hickey III
7823 Richfield Road
Springfield, VA 22153

9549 0710 5270 4273 3720 90

UNITED STATES POSTAL SERVICE

22314

RDC 99

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ALBERT V. BRYAN U.S. COURTHOUSE
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314

RECEIVED
AUG 14 2026

CIVIL ACTION NO. 1:26-cv-02459-LMB-WEF

COURT FILING - PROOF OF SERVICE