**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JOSEPH L. HICKEY III,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,**<br><br>**Defendant.** | **Civil Action No. 1:26-cv-2459-LMB-WEF** |

**ORDER**

Before the Court is the Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint filed by. Having considered the Motion,

IT IS ORDERED that the motion is **GRANTED**.

IT IS ORDERED that Defendants shall have through and including September 22, 2026 to respond to Plaintiff's Complaint.

Signed this ___ day of ________________, 2026.

______________________________________
UNITED STATES DISTRICT JUDGE