**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**JOSEPH L. HICKEY III,**

**Plaintiff,**

**v.**

**GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,**

**Defendant.**

**Civil Action No. 1:26-cv-2459-LMB-WEF**

**DEFENDANT'S CONSENT MOTION FOR EXTENSION TO RESPOND PLAINTIFF'S COMPLAINT**

Defendant Government Employees Insurance Company (GEICO or Defendant) moves under Rule 6(b) of the Federal Rules of Civil Procedure and the Local Rules of this Court, with the consent of Plaintiff, for an extension until September 22, 2026 to file its response or answer to Plaintiff's Complaint and shows as follows:

1. On August 7, 2026, Plaintiff filed his complaint in this Court. Dkt. 1

2. Plaintiff's complaint is thirty-seven pages, single-spaced with 278 numbered paragraphs.

3. Under FED. R. CIV. P. 12(a)(1), Defendant's response or answer is currently due on September 1, 2026.

4. Defendant's counsel was retained on August 19, 2026. Therefore, Defendant is moving for an extension of time to file its answer.

5. This motion is made in good faith and Defendant's request for an extension, if granted, will cause no prejudice to Plaintiff or any undue delay in this matter.

WHEREFORE, Defendant seeks an extension of time to respond to Plaintiff's complaint.

**CERTIFICATE OF CONFERENCE**

I hereby certify that Counsel for Defendant conferred with Plaintiff by email and phone regarding this motion on August 19 and 20, 2026. Plaintiff consented to this motion on August 20, 2026.

/s/ Yvette V. Gatling
Yvette V. Gatling

Dated: August 20, 2026

*/s/Yvette V. Gatling*
Yvette V. Gatling (VSB No. 92824)
ygatling@littler.com
Benjamin P. Constine (VSB # 96925)
bconstine@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
Telephone: 703.286.3143
Facsimile: 703.842.8211

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2026 a true copy of the foregoing was served by email and first-class mail on all parties of record, addressed as follows:

Joseph L. Hickey III
7823 Richfield Road
Springfield, VA 22153
Hopelikefire1@gmail.com

*/s/ Yvette V. Gatling*
Yvette V. Gatling