**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**JOSEPH L. HICKEY III,**

**Plaintiff,**

**v.**

**GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,**

**Defendant.**

**Civil Action No. 1:26-cv-2459-LMB-WEF**

# ORDER

Before the Court is the Defendant's Consent Motion for Extension of Time to Respond to Plaintiff's Complaint. Having considered the Motion,

IT IS ORDERED that the motion is **GRANTED**.

IT IS ORDERED that Defendant shall have through and including September 22, 2026 to respond to Plaintiff's Complaint.

Signed this ___ day of ________________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE