AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| Joseph L. Hickey III, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-02459-LMB-WEF |
| Government Employees Insurance Company d/b/a GEICO | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Government Employees Insurance Company dlb/a GEICO .

Date: 8/20/26

/s/ Benjamin P. Constine
*Attorney's signature*

Benjamin P. Constine, VA Bar No. 96925
*Printed name and bar number*

Littler Mendelson
1800 Tysons Blvd., Suite 500
Tysons Corner, VA 22102
*Address*

bconstine@littler.com
*E-mail address*

(703) 442-8425
*Telephone number*

(703) 940-6356
*FAX number*