IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOSEPH L. HICKEY III, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:26-cv-2459 (LMB/WEF) |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, | ) | |
| Defendant. | ) | |

ORDER

Before the Court is the defendant's Consent Motion for Extension to Respond to Plaintiff's Complaint ("Motion"), in which it seeks a three-week extension to file its answer or other responsive pleading. [Dkt. No. 5]. In support of its Motion, defendant explains that it has only recently retained counsel in this matter after being served by pro se plaintiff Joseph L. Hickey III on August 11, 2026, and asserts that plaintiff's Complaint is "thirty-seven pages, single-spaced with 278 numbered paragraphs." Id. The Court finds sufficient good cause to support defendant's Motion, especially as plaintiff's Complaint is difficult to read and violates this Court's Local Civil Rules, which state that:

> All briefs, including footnotes, shall be written in 12 point Roman style or 10 pitch Courier style with one inch margins. Except for good cause shown in advance of filing, opening and responsive briefs, exclusive of affidavits and supporting documentation, shall not exceed thirty (30) 8-1/2 inch v. 11 inch pages double-spaced and rebuttal briefs shall not exceed twenty (20) such pages.
>
> Local Civil Rule 7(F)(3) (emphasis added).

Accordingly, defendant's Motion, [Dkt. No. 5], is GRANTED; and it is hereby

ORDERED that defendant file its answer or other responsive pleading to plaintiff's Complaint by September 22, 2026; and it is further

ORDERED that plaintiff's future filings comply with Local Civil Rule 7(F)(3).

The Clerk is directed to forward a copy of this Order to counsel of record, and to pro se plaintiff, at his address of record.

Entered this 20th day of August, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge