FILED
MAILROOM
AUG 2 5 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Date: August 24, 2026

Clerk of Court
United States District Court
Eastern District of Virginia - Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

**Re:** Hickey v. Government Employees Insurance Company d/b/a GEICO, No. 1:26-cv-02459-LMB-WEF

Dear Clerk:

Enclosed for filing is Plaintiff's First Amended Complaint and Demand for Jury Trial in the above-captioned action. Plaintiff is proceeding pro se.

Defendant has appeared through counsel. A matching copy of the enclosed pleading is being served on counsel on the date and by the method stated in the Certificate of Service.

Please docket the enclosed pleading. Thank you for your attention to this submission.

Respectfully,

JLH3

Joseph L. Hickey III, pro se
7823 Richfield Road
Springfield, Virginia 22153
Telephone: (571) 800-7982
Email: hopelikefire1@gmail.com

Enclosure: First Amended Complaint and Demand for Jury Trial

Date: August 24, 2026

Yvette V. Gatling and Benjamin P. Constine
Littler Mendelson, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, Virginia 22102

**Re:** Hickey v. Government Employees Insurance Company d/b/a GEICO, No. 1:26-cv-02459-LMB-WEF

Dear Ms. Gatling and Mr. Constine:

Enclosed for service under Federal Rule of Civil Procedure 5 is Plaintiff's First Amended Complaint and Demand for Jury Trial in the above-captioned action.

A matching signed copy is being submitted to the Clerk of Court on the date stated in the Certificate of Service. Please retain this copy for Defendant's records.

Thank you for your professional courtesy.

Respectfully,

JLH

Joseph L. Hickey III, pro se
7823 Richfield Road
Springfield, Virginia 22153
Telephone: (571) 800-7982
Email: hopelikefire1@gmail.com

Enclosure: First Amended Complaint and Demand for Jury Trial