CERTIFIED MAIL®

9589 0710 5270 4349 7022 26

Retail

UNITED STATES POSTAL SERVICE®

22314

RDC 03

U.S. POSTAGE PAID
PM
FAIRFAX STATION, VA 22
AUG 24, 2026

$16.55

S2324H504056-06

ROM
seph L. Hickey III
823 Richfield Road
pringfield, Virginia 22153

TO

**Clerk of Court**
United States District Court
Eastern District of Virginia - Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

**RE: No. 1:26-cv-02459-LMB-WEF**

FILED

AUG 25 2026

U.S. MARSHALS
INSPECTED

