**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JOSEPH L. HICKEY III,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,**<br><br>**Defendant.** | **Civil Action No. 1:26-cv-2459-LMB-WEF** |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Government Employees Insurance Company (GEICO or Defendant) moves to dismiss the First Amended Complaint (FAC) (ECF No. 8) of Plaintiff Joseph L. Hickey III (Plaintiff or Mr. Hickey) with prejudice in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiff's FAC is rife with deficiencies. Plaintiff asserts eleven causes of action in the FAC, and each cause of action fails to assert the minimum facts necessary to be entitled to relief. For these reasons, and as analyzed further in their accompanying contemporaneously filed Memorandum of Law, Defendant respectfully requests that this Court enter an Order: (1) granting this Motion; (2) dismissing the First Amended Complaint with prejudice; and (3) awarding Defendant such other relief as the Court deems just and proper.

Dated: September 22, 2026

Respectfully submitted,

/s/*Yvette V. Gatling*

Yvette V. Gatling (VSB No. 92824)
ygatling@littler.com
Benjamin P. Constine (VSB No. 96925)
bconstine@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
Telephone: 703.286.3143
Facsimile: 703.842.8211

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2026 a true copy of the foregoing was served by email and first-class mail on all parties of record, addressed as follows:

Joseph L. Hickey III
7823 Richfield Road
Springfield, VA 22153
Hopelikefire1@gmail.com

*/s/ Yvette V. Gatling*
Yvette V. Gatling