**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**JOSEPH L. HICKEY III,**

**Plaintiff,**

**v.**

**GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,**

**Defendant.**

**Civil Action No. 1:26-cv-2459-LMB-WEF**

## ORDER

Before the Court is Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Plaintiff's response. Having considered the motion,

**IT IS ORDERED** that the Motion is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

Signed this ____________ day of ____________________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE