**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**JOSEPH L. HICKEY III,**

**Plaintiff,**

**v.**

**GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,**

**Defendant.**

**Civil Action No. 1:26-cv-2459-LMB-WEF**

**DEFENDANT'S NOTICE OF HEARING**

Defendant Government Employees Insurance Company in accordance with Rule 16(B) of the Federal Rules of Civil Procedure and Local Civil Rule 7 respectfully requests that a hearing on its Motion to Dismiss Plaintiff's First Amended Complaint be scheduled on October 23, 2026, at 10:00 AM, or at a time directed by the Court.

Dated: September 22, 2026

Respectfully submitted,

/s/*Yvette V. Gatling*

Yvette V. Gatling (VSB No. 92824)
ygatling@littler.com
Benjamin P. Constine (VSB No. 96925)
bconstine@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
Telephone: 703.286.3143
Facsimile: 703.842.8211

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2026 a true copy of the foregoing was served by email and first-class mail on all parties of record, addressed as follows:

Joseph L. Hickey III
7823 Richfield Road
Springfield, VA 22153
Hopelikefire1@gmail.com

*/s/ Yvette V. Gatling*
Yvette V. Gatling