**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**JOSEPH L. HICKEY III,**

**Plaintiff,**

**v.**

**GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,**

**Defendant.**

**Civil Action No. 1:26-cv-2459-LMB-WEF**

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant Government Employees Insurance Company ("GEICO") files its Disclosure of Affiliations and Financial Interests in the above-captioned action. GEICO states that it is an indirect, wholly-owned subsidiary of Berkshire Hathaway, Inc., whose common stock is publicly traded on the New York Stock Exchange. No other business entity has a direct financial interest in the outcome of this litigation.

Dated: September 22, 2026

Respectfully submitted,

/s/*Yvette V. Gatling*
Yvette V. Gatling (VSB No. 92824)
ygatling@littler.com
Benjamin P. Constine (VSB No. 96925)
bconstine@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
Telephone: 703.286.3143
Facsimile: 703.842.8211

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2026 a true copy of the foregoing was served by email and first-class mail on all parties of record, addressed as follows:

Joseph L. Hickey III
7823 Richfield Road
Springfield, VA 22153
Hopelikefire1@gmail.com

*/s/ Yvette V. Gatling*
Yvette V. Gatling