**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JOSEPH L. HICKEY III,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,**<br><br>**Defendant.** | **Civil Action No. 1:26-cv-2459-LMB-WEF** |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendant Government Employees Insurance Company (GEICO or Defendant) moves under Rule 6(b) of the Federal Rules of Civil Procedure and the Local Rules of this Court, with Plaintiff's consent, for an extension until October 12, 2026, to file its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint and states as follows:

1. On August 7, 2026, Plaintiff filed his Complaint in this Court. Dkt. 1.

2. Defendant filed its Motion to Dismiss on September 22, 2026.

3. Under Local Civil Rule 7(F), Plaintiff's response is not due until October 6, 2026.

4. On Sunday, September 27, 2026, Plaintiff emailed Defendant's counsel and stated that he had served his opposition by certified mail on Saturday, September 26, 2026. *See attached.*

5. Lead counsel for Defendant has a previously scheduled vacation outside the country from September 29 through October 5, 2026, which would make it difficult to prepare the reply within the six-day period provided by the Local Rules.

6. Defendant's counsel could not have anticipated that Plaintiff would serve his opposition early, particularly over the weekend.

7. Under the Local Rules, Defendant's reply is currently due on October 5, 2026, the same day that Defendant's lead counsel is scheduled to return to the country.

8. Therefore, Defendant requests a one-week extension of time to file its reply.

9. This motion is made in good faith, and Defendant's requested extension, if granted, will cause no prejudice to Plaintiff or undue delay in this matter because the hearing on the Motion to Dismiss is set for October 23, 2026.

WHEREFORE, Defendant respectfully requests an extension through and including October 12, 2026, to file its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant conferred with Plaintiff by email and telephone regarding this motion on September 27, 2026. Plaintiff consented to this motion on September 27, 2026.

/s/ Yvette V. Gatling
Yvette V. Gatling

Dated: September 28, 2026

/s/ *Yvette V. Gatling*

Yvette V. Gatling (VSB No. 92824)
ygatling@littler.com
Benjamin P. Constine (VSB # 96925)
bconstine@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
Telephone: 703.286.3143
Facsimile: 703.842.8211

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2026, a true copy of the foregoing was served by email and first-class mail on all parties of record, addressed as follows:

Joseph L. Hickey III
7823 Richfield Road
Springfield, VA 22153
Hopelikefire1@gmail.com

*/s/ Yvette V. Gatling*
Yvette V. Gatling