# EXHIBIT A

**Gatling, Yvette V.**

**From:** Joseph Hickey <hopelikefire1@gmail.com>
**Sent:** Sunday, September 27, 2026 10:34 PM
**To:** Gatling, Yvette V.
**Subject:** Re: Hickey v. GEICO, No. 1:26-cv-02459-LMB-WEF - Courtesy Copy of Signed Opposition

Hi Ms. Gatling,
I do not object to GEICO receiving an additional one week to file its reply in support of the Motion to Dismiss. You may let the Court know that I consent to that limited extension.
I hope you have a great vacation and enjoy your time away.
Best,
Joseph Hickey

On Sun, Sep 27, 2026 at 7:55 PM Gatling, Yvette V. <YGatling@littler.com> wrote:

Hi Mr. Hickey,

I received your email. As you sent this today and I am going out of the country on vacation on Tuesday for a week, would you agree to give us an additional week to respond to your reply? Please let us know as we will be seeking an extension from the Court and would like to let the Court know whether you have an objection.

Yvette

**Yvette V. Gatling**
**Shareholder**
+1 703.286.3143 direct, +1 703.842.8211 fax
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102
YGatling@littler.com

Pronouns: She/Her

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

**From:** Joseph Hickey <hopelikefire1@gmail.com>
**Sent:** Sunday, September 27, 2026 10:09 AM
**To:** Gatling, Yvette V. <YGatling@littler.com>; Constine, Benjamin P. <BConstine@littler.com>
**Subject:** Hickey v. GEICO, No. 1:26-cv-02459-LMB-WEF - Courtesy Copy of Signed Opposition

**[EXTERNAL E-MAIL]**

Counsel,

I mailed the signed paper copy of my Opposition to GEICO's Motion to Dismiss to your office by U.S. Mail on September 26, 2026. I apologize for not sending the courtesy electronic copy the same day; I had other commitments yesterday, September 26, that prevented me from sending it then.

For your convenience, the USPS Certified Mail tracking numbers are:

Littler copy (McLean, Virginia): 9589 0710 5270 3561 0717 83
Court Clerk copy (Alexandria, Virginia): 9589 0710 5270 3561 0717 90

I have attached the signed service copy and a photograph of the USPS receipt and mailing slips. This email is a courtesy copy and does not replace service by U.S. Mail.

Please confirm receipt of this email.

Regards,
Joseph L. Hickey III
Plaintiff, pro se

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

> Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.