**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JOSEPH L. HICKEY III,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,**<br><br>**Defendant.** | **Civil Action No. 1:26-cv-2459-LMB-WEF** |

**ORDER**

Before the Court is Defendant's Consent Motion for Extension of Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. Having considered the Motion,

IT IS ORDERED that the motion is **GRANTED**.

IT IS FURTHER ORDERED that Defendant shall have through and including October 12, 2026, to file its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

Signed this 28th day of September, 2026.

/s/ LMB
Leonie M. Brinkema
United States District Judge