FILED
MAILROOM
SEP 29 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Joseph L. Hickey III
7823 Richfield Road
Springfield, VA 22153

September 26, 2026

Clerk of Court
United States District Court
Eastern District of Virginia, Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

**Re:** Hickey v. Government Employees Insurance Company d/b/a GEICO
Case No. 1:26-cv-02459-LMB-WEF
Signed opposition for filing

Dear Clerk of Court:

Please file the enclosed signed copy of Plaintiff's Memorandum in Opposition to Defendant GEICO's Motion to Dismiss (ECF No. 9) in the above-captioned action.

Thank you for your assistance.

Respectfully,

Joseph L. Hickey III
Plaintiff, pro se