RETURN ADDRESS

Joseph L. Hickey III
7823 Richfield Road
Springfield, VA 22153

UNITED STATES POSTAL SERVICE

2231

RDC 99

SHIP TO

SEP 2 9 2026

**Clerk of Court**

U.S. District Court, Eastern District of Virginia

Alexandria Division

Albert V. Bryan U.S. Courthouse

401 Courthouse Square

Alexandria, VA 22314

Hickey v. GEICO | No. 1:26-cv-02459-LMB-WEF