# *** CIVIL MOTION MINUTES ***

Date: 10/23/2026

Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:13 – 10:30 (00:17)

Case No.: **1:26-cv-02459-LMB-WEF**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Kate Galluzzo

---

# HICKEY III

v.

# GOVERNMENT EMPLOYEES INSURANCE COMPANY

---

Appearances of Counsel for:

[ X ] Plaintiff: Pro Se
[ X ] Defendant: Yvette Gatling, Benjamin Constine

**Re:** [ 9 ] MOTION to Dismiss

Argued and:

[ X ] Parties to meet and confer regarding settlement and file status report within 2 weeks

[ X ] Order to Follow