IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSEPH L. HICKEY III,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | 1:26-cv-2459 (LMB/WEF) |

ORDER

For the reasons stated in open court, the parties to this action are encouraged to meet and confer regarding the possibility of settlement. Accordingly, it is hereby

ORDERED that the parties file a joint status report within two weeks, or by **November 6, 2026**, concerning the status of settlement negotiations.

The Clerk is directed to forward copies of this Order to counsel of record and plaintiff, pro se.

Entered this 23rd day of October, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge