**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JOSEPH L. HICKEY III,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GOVERNMENT EMPLOYEES INSURANCE COMPANY D/B/A GEICO,**<br><br>**Defendant.** | **Civil Action No. 1:26-cv-2459-LMB-WEF** |

## JOINT STATUS REPORT REGARDING SETTLEMENT

Plaintiff Joseph L. Hickey III and Defendant Government Employees Insurance Company, in accordance with the Court's October 23, 2026 order, file this joint status report to notify the Court that they have resolved this matter.

Dated: November 4, 2026

Respectfully submitted,

DocuSigned by:
Joseph L Hickey III
2ABCEB40590E435

Joseph L. Hickey III
7823 Richfield Road
Springfield, VA 22153
hopelikefire1@gmail.com

/s/ *Yvette V. Gatling*

Yvette V. Gatling (VSB No. 92824)
ygatling@littler.com
Benjamin P. Constine (VSB No. 96925)
bconstine@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
Telephone: 703.286.3143
Facsimile: 703.842.8211

*Counsel for Defendant*
*Government Employees Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2026, a true copy of the foregoing was served by email and first-class mail on all parties of record, addressed as follows:

Joseph L. Hickey III
7823 Richfield Road
Springfield, VA 22153
hopelikefire1@gmail.com

*/s/ Yvette V. Gatling*
Yvette V. Gatling